No. 11–8024. VALDEZ-ACOSTA, AKA MANCILLA, AKA LIRA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–8025. BROOKS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–492. LAW OFFICES OF MITCHELL N. KAY, PC *v.* LESHER. C. A. 3d Cir. Motions of Commercial Law League of America, ACA International, and National Association of Retail Collection Attorneys for leave to file briefs as *amici curiae* granted. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–627. ALABAMA *v.* LANE. Sup. Ct. Ala. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–630. T. A. *v.* FOREST GROVE SCHOOL DISTRICT. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–640. ALFORD *v.* CONSOLIDATED GOVERNMENT OF COLUMBUS, GEORGIA, ET AL. C. A. 11th Cir. Motion of respondents for sanctions denied. Certiorari denied.

No. 11–672. BOBBY, WARDEN *v.* D'AMBROSIO. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 11–7574. DUFOUR *v.* FLORIDA. Sup. Ct. Fla. Motion of American Association on Intellectual and Developmental Disabilities for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 11–7949. BROWN *v.* FISHER, WARDEN. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–10536. WALKER *v.* HONYAOUMA, *ante,* p. 1057;
No. 10–10755. FORNEY *v.* FLORIDA, *ante,* p. 848;

No. 10–11292.   PARRISH *v.* NEVADA, *ante*, p. 877;

No. 11–373.   SMITH ET UX. *v.* REGIONS BANK ET AL., *ante*, p. 1060;

No. 11–374.   SMITH ET UX. *v.* ATLANTIC SOUTHERN BANK ET AL. (three judgments), *ante*, p. 1060;

No. 11–519.   CONWILL *v.* MISSISSIPPI, *ante*, p. 1080;

No. 11–5058.   MITCHELL *v.* DALLAS HOUSING AUTHORITY, *ante*, p. 1062;

No. 11–6062.   CAREY *v.* ROY, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 983;

No. 11–6170.   HALLFORD *v.* MENDEZ ET AL., *ante*, p. 986;

No. 11–6478.   CEDRINS *v.* EXECUTIVE COMMITTEE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, *ante*, p. 1041;

No. 11–6531.   CEDRINS *v.* UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *ante*, p. 1041;

No. 11–6678.   CONCEPCION *v.* FEDERAL BUREAU OF INVESTIGATION ET AL., *ante*, p. 1067;

No. 11–6788.   IN RE DECKER-WEGENER, *ante*, p. 1092; and

No. 11–6813.   ABULKHAIR *v.* NEW CENTURY FINANCIAL SERVICES, INC., *ante*, p. 1068.   Petitions for rehearing denied.

No. 11–5474.   MAGASSOUBA *v.* UNITED STATES, *ante*, p. 935. Motion for leave to file petition for rehearing denied.   JUSTICE SOTOMAYOR took no part in the consideration or decision of this motion.

No. 11–5587.   DREWRY *v.* MAINE, *ante*, p. 915; and

No. 11–5824.   POWELL *v.* UNITED STATES, *ante*, p. 922.   Motions for leave to file petitions for rehearing denied.

JANUARY 26, 2012

No. 11–8471 (11A698).   HERNANDEZ *v.* TEXAS.   Ct. Crim. App. Tex.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.

FEBRUARY 8, 2012

No. 11A691.   KASICH, GOVERNOR OF OHIO, ET AL. *v.* LORRAINE. Application to vacate the stay of execution of sentence of death